IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2015 JUL 28 AM 11: 35
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

Civil Action No    '15 -CV- 01606

SIMAO PEDRO CATCHAI

   Plaintiff
V.

JBS SWIFT GREELEY & CO

   Defendant

## Complaint and Jury Demand

Comes now Plaintiff, Simao Pedro Catchai, known also by Simon P. Catchai, Submits his complaint and Jury demand against Defendant **JBS SWIFT & CO** Greeley, CO as follows:

   I   INTRODUCTION

1. This action involves **Discrimination in the workplace** pursuant to

   42 U.S.C§1981 (a)(d).

2. Plaintiff is a black immigrant from Angola on lawful presence in the United States and authorized to work. And was hired by JBS Greeley on 10/07/2013

3. Plaintiff performed his job duties at satisfactory and was qualified within 30 days for his position of Drop Wings at the production area of the beef plant.

4. The Plaintiff was harassed by a Hispanic coworker Emilio Garcia backed by a Hispanic supervisor Javier Villanova. On or about 11/24/2013 the defendant recklessly and intentionally retaliated against the plaintiff for having filed a complaint with the Union Representative against the employer.

The complaint was filed with the Union representative of the employees at Union's office located in the facility of the beef plant. See EXHBIT # 1

5. Defendant's treatment of Mr Catchai also constitutes a discrimination based on race, national origin and Retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended,

42 U.S.C § 2000e - 3(a); 29 C.F.R. 1606.1. Title VII, the Colorado Anti Discrimination Act, C.R.S §§ 24-34

6. This Discrimination charge was filed with EEOC Denver office on 04/29/2014. The EEOC was to bring Civil Action against JBS SWIFT pursuant to 42 U.S.C§2000e - 5(f)(1). Then the EEOC agency issued the notice of the right to sue which will be attached to this complaint.

## II JURISDICTION AND VENUE

7. This court has subject matter jurisdiction over this case pursuant to
    28 U.S.C §§ 1331 & 1332(a)(2).

8. Venue is proper in this court pursuant to 28 U.S.C§1391(b) because the

employment practices alleged herein to be lawful occurred in the state of Colorado, and the party was resident of the state at the time of the events giving rise to this litigation.

9. All procedural prerequisites for filling this suit have been met. Plaintiff timely filed a Charge of Discrimination alleging discrimination and Retaliation against JBS Greeley&Co with the Equal Employment Opportunity Commission, Denver office. Thus under 42 U.S.C§ 2000e-5(f)(1).

## III PARTIES

10. Plaintiff is and was citizen of Angola, temporary resident of Colorado at all relevant times, including the time of the events described in this complaint.

11. Defendant JBW SWIFT is and has been an " employer" and engaged in the production of food for commerce. The beef plant is located at 800 N. 8th Ave, Greeley, CO 80631. The defendant has more than three thousand ( 3,000.00) employees. Kelly L. Johnson is the Human Resources coordinator.

## IV FACTUAL ALLEGATIONS

12. On or about 10/07/2013 Mr Catchai was hired as Drop Wings. And as a new

hired he was placed on gold hat a symbol of a non qualified employee.

13. On or about 11/06/2014 Mr Catchai became a qualified employee because he had previous work experience from another beef plant " Cargill" in Fort Morgan, CO where he worked in the past as a Quality Assurance Technician. He was given a white as symbol of qualified employee and the pay raised from 13.95/h to 14.04/h.

14. The senior workers respect the qualified employees because white hat color which they equally share. Whereas the gold hat symbol can be switched and tried in different positions, to see in which they can fit. And new hired with gold hat can take order from seniors at any time. If there is a new opening the new hired have no right to bid. As a qualified employee Mr Catchai had the opportunity to bid any preferable position. Actually he made the qualification quicker because he preferred to bid quality assurance job.

15. He was told to wait until there would be an opening in the quality assurance department.

16. On or about 11/18/2013 Mr Catchai filed a complaint with the Union representative. The Plaintiff was harassed by a hispanic coworker backed by a hispanic supervisor on the floor " Javier Villanova."

17. On or about 11/24/2013 the supervisor backed by the floor manager Mirna, another Hispanic lady. They recklessly and intentionally inflicted emotional

distress on the plaintiff in humiliating manner.

a. They stripped of his white hat as a retaliation because of the complaint

b. They cut his working hours

c. They exposed him to public humiliation, mockery and subject to taking order from seniors. He was humiliated by wearing gold hat agin.

d. As result of emotional distress the plaintiff was treated at Centennial Mental Health on 11/25/2013. He didn't show up for work on that day. See EXHIBIT#3

e. The plaintiff was removed from Drop Wing to Tender Loin. He was assigned a new position, the hardest in the production area. The performers are called " Tender pullers".

18. He was given 30 days to qualify, and he was told that failure to qualify in period of 30 days would be a termination of his employment.

The employer knowingly it was the toughest job, the plaintiff would not be able to qualify or he would voluntarily quit . However, he surprisingly beat all the odds and performed very well in less than three weeks.

19. The tender loin position pay rate was at that time at $16.15/h whereas the drop wing at $14.05/h. The employer had realized that they made a mistake to put the guy they didn't want to see around in a position to make good money. They decided to send him back to drop wing position on 12/17/2013.

20. On or about 12/17/2013, Mr Catchai filed a complaint with Human Resources

of the company. The complaint addressed " Discrimination treatment, Retaliation, and Hostile work environment. ( see EXHIBIT #4) As a condition the the plaintiff was removed and sent back again to drop wings where he was harassed in exchange with the restitution of white hat.

He was told by Brendan the Human Resources delegate that he had no choice.

21. On or about January 3, 2014 the plaintiff applied for quality assurance position. He had job interview with quality assurance manager Justin then he was called for a second job interview this time with Justin and Lucy both quality assurance managers in the presence of Irene, Human Resources hiring manager. All of them were without shadow of doubt impressed by his experience He was told that he would be placed on January 28, 2014. But he was never placed in the position. Instead a Hispanic female was placed in the position and she was from the outside.

22. On or about 12/17/2013 Mr Catchai was forced to work with the employee who made his life miserable. The plaintiff did not know , exactly what was the plans in sending him back to where he was in troubles with Hispanic employee who was backed by the manager. Things were worse every single day then the plaintiff decided to file a grievance with the Union on 12/23/2013. EXHIBIT#2

23. After the filing of grievance with the Union, this time the manager implemented new strategies. She assigned another employee to be involved

with part of plaintiff's job duties.

The coworker wasn't doing the job right and the plaintiff was getting yelled at for it. The plaintiff asked the supervisor to stop the guy but nothing did happen. The plaintiff tried to have him stop , but he responded by throwing a large piece of fat at the plaintiff, causing pain when it stuck in the side of the head. On the left side of ear.

24. When the plaintiff complaint about the assault, the manager admitted that it was her fault because she didn't include the plaintiff in the meeting about the change she made. Nothing was done about violence in the workplace complaint for the assault by the coworker. The offender was not punished and the policy of zero tolerance for violence in the workplace was not enforced. So Mr Catchai tendered his resignation on 02/10/2014. See EXHIBIT #5

The plaintiff had no other choice, he had to quit but it wasn't simple for an immigrant who has no family, and has to fight for deportation to make such a decision. The decision pleased the defendant and hurt the plaintiff.

25. On or about 03/25/2014, Mr Catchai filed unemployment claim with Colorado Department of Labor and Employment. The benefit was rewarded. See the notice decision EXHIBIT #6

## V   LEGAL CLAIMS

First Claim For Relief

26. Defendant has violated the Title VII of Civil Rights Act of 1964. The plaintiff is seeking a relief for damages pursuant to 42 U.S.C§1981(a)(d).

27. Defendant recklessly and intentionally discriminated against the plaintiff who is black and from Angola, Africa.

28. Plaintiff re alleges all matters set forth in paragraph 1- 25 and incorporates them herein by reference. Defendants and or his agents willfully and intentionally inflicted emotional distress upon plaintiff. Defendant's actions caused the violation of Plaintiff's Civil Rights Act of 1964. Thereby entitling plaintiff to recover damages pursuant to 42 U.S.C§ 1981(a)(d).

29. WHEREFORE, the plaintiff prays for the relief set forth below.

SECOND CLAIM

Retaliation in violation of Title VII, 42 U.S.C§2000e-3(a)

30. Plaintiff incorporates by reference all allegations in each every preceding and subsequent paragraph as it fully set forth herein.

31. Defendant retaliated against plaintiff for having filed a complaint with the Union representative of the employees. As result the defendant:

a. Stripped plaintiff's white hat, a status of qualified employee.

b. Violated Union contract, which is against the disqualification of qualified employee.

c. Exposed the plaintiff to public humiliation, mockery and subject to taking order from seniors.

d. Cutting hours of the plaintiff

e. Denied plaintiff's job promotion

f. Urged another coworker to physical assault the plaintiff

32. Defendant's actions caused violation of Plaintiff's Civil Right Act of 1964. Thereby entitling plaintiff to recover damages pursuant to 42 U.S.C§1981(a)(b).

33. WHEREFORE, the plaintiff prays for the relief set forth below.

THIRD CLAIM

Hostile Work Environment and Promotion Denial

34. Plaintiff re alleges all matters set forth in paragraph 1-25 and incorporates them herein by reference.

35. Defendant denied the plaintiff job promotion in a position he was fully skilled and qualified. The hostile work environment created by the employer did affect employment opportunity. Defendant's adverse action falls within the meaning of 29 C.F.R. 12. 1606.8(b).

36. Defendant's actions caused the violation of Plaintiff's Civil Rights Act of 1964. Thereby entitling plaintiff to recover damages pursuant to 42 U.S.C§1981(a)(b).

37. WHEREFORE, the plaintiff prays for the relief set forth below.

## FORTH CLAIM

Violation of Equal Pay Act 29 U.S.C§206

38. Plaintiff incorporates by reference all allegations each every preceding and subsequent paragraph as it fully set forth herein.

39. The defendant had assigned the plaintiff a new position from 11/24/2013 to 12/17/2013. Plaintiff had performed the job at satisfactory and deserved to be paid $16.15/h . Mr Catchai never received a pay of $16.15/h at the position of tender loin at that time. Instead he was paid $14.05/h

40. Defendant's actions caused the violation of plaintiff's Civil Rights Act of 1964. Thereby entitling plaintiff to recover damages pursuant to 42 U.S.C§1981(a)(b).

41. WHEREFORE, plaintiff prays for the relief set forth below.

## FIFTH CLAIM

Discrimination Based on National Origin

42. Plaintiff incorporates by reference all allegations each every preceding and subsequent paragraph as it fully set forth herein.

43. Defendant's adverse action falls within the meaning of Discrimination because of plaintiff national origin 29 C.F.R. 1606.1. The plaintiff believed that the reason he was demoted, harassed, subject to unfair terms and conditions of

employment was due to his national origin. He would not have received such different treatment if he was Hispanic or American.

44. Defendant has violated plaintiff's Civil Rights Act of 1964. Thereby entitling plaintiff to recover damages pursuant to 42 U.S.C§1981(a)(b).

WHEREFORE, the plaintiff prays for the relief set forth below.

## VI   Prayer For Relief

45. Plaintiff respectfully requests the following Relief.

a. May the court grants an injection for temporary restraining order to restrain violation of the Title VII, 42 U.S.C§2000e-5(f)(2),(g); 29 C.F.R.1601.23.

b. That this court awards plaintiff damages as relief in the sum of  $ 6 ,00, 000. 00 (Six hundred thousand).

c. Punitive damages, as allowed by law in amounts to be determined at trial.

d. This court grant such other and further relief as to which the plaintiff may be entitled.

46. Plaintiff demands a jury trial on all the issues in this complaint.

Respectfully Submitted

This 27th of July 2015

*[signature]*

Simao P. Catchai

400 N. 19Th Ave B-107
Brighton, Co 80601
witnesskatchai@gmail.com
303-960-2584


Verification of the First Complaint and Jury Demand

Pursuant to 42 U.S.C§1981(a)(d).
I declare under penalty of perjury that foregoing is true and correct to the best of my knowledge.

Executed on July 27, 2015

*[signature]*

Simao P. Catchai.