# EXHIBIT # 1

First Complaint filed on 11/18/2013
This complaint was filed with the Union of JBS SWIFT

Name (Nombre) Simeon P Concha   SS#: 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   DOH _____

Depart. (Departamento) break line   Phone #: (970) (303) (720) _____

Shift (Turno) B   Job Title (Trabajo) trimming   Rate of Pay (Pago) 14.25

Address (Dirección): _____   City (Cuidad): _____   Zip Code (Código Postal): _____

Supervisor: Dillon Wright          Write Up          Suspension/Termination

JBS                Colorado Premium

Form Filed By: Employee          Date Filed: 11/18/2013

## COMPLAINT

**WHAT? (¿Qué?)**
The complaint is against the new supervisor who replaced Dillon Wright in his various absence.

**WHEN? (¿Cuando?)**
On Monday 11/18/2013

**WHERE? (¿Donde?)**
At the QA office where he called me up to/threatened me that if he saw another wing on the floor I will be terminated.

**WHY? (¿Por qué?)**
I have explained that my team player or coworker Emilio doesn't like to work with me as a team. When a piece of carcass is not entirely open, it would take longer than usual to cut, then behind me comes another piece and my partner cannot cover me.

**WHO? (¿Quién?)**
Emilio is a bad partner who wants to be helped when I flip the wings for him, but when it comes to cover me when a difficult piece comes, he let them pass too.

**HOW? (¿cómo?)**
I would like to work with another partner whom a team player not with Emilio. The new supervisor doesn't care about my complaint, he only threats me.