# EXHIBIT # 4

This complaint on discrimination in the workplace was filed with JBS SWIFT
Human Resources Manager
On 12/17/2013

Simao Pedro Catchai
516 State St Apt#B
Fort Morgan Co 80701
Employee at JBS Swift Greeley Co.

Human Resources Manager
JBS Greeley Co

Dec 17, 2013

Re: COMPLAINT

To Whom It May Concern

I here by reporting to you the events that have occurred to me at the work place in what I believe to be a discrimination because my race and national origin. I have been victim of retaliation which I suffered from the company because I have made a written complaint to HR about my co-worker Emilio at the Break line, which is supervised by Dillon. The general foreman Mirna and Javier they publicly humiliated me, by making me a new hired employee while i was already a qualified employee. I suffered laughs, boos, mockeries and daily questions regarding the revocation of my white hat. No human being deserves to be treated so poorly the way I'm treated at this company, but you have to know that all human beings are crated to be equal. Mirna had taken the decision to punish based on what Emilio told her in Spanish that i was the one not to help him while we were working together.

The HR agreed to move me to another position but since there the persecutions still ongoing. It started with the supervisor not allowing me to learn a new job, always being moved from table to tables, place to places. I made a complaint to the Union and they stopped moving me.

Now there is a new strategy which I believe, is well calculated on purpose to push me to the limit till I would say I quit. The senior employees at the tender pullers they drop the pieces of meats weighing up to three hundred pounds and I am the one to pick up all those pieces every day to carry them on my shoulders to the wash meats. The wash meats is about 32 yards from where I work. Therefore I asked my co-worker how come do you often drop the meats on the floor, you being a senior? I never had a good explanation, till yesterday the team lead at meat wash had asked me, how come those people drop the meats every day? I replied I do not know what's going on.

I do understand that I don't have a job, my job is to always carry the meats to be washed while others are working. The weight of the meats on my shoulders make me exhausted.

When I was working at the drop wings, If the meat had dropped on the floor the supervisor told me it's his job to pick them up, but at the tender pullers that's my daily job.

Even if the supervisor is not around the senior employees command me to pick up the meat on the floor.

Is this a team work? Can other employee because he is a senior give the orders to another employee because of the color of his hat?

All these facts are the injustice, unfairness and discrimination of a human being because of his skin color and national origin.

I look forward to hearing from you.

Simao Pedro.