IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01606-GPG

SIMAO PEDRO CATCHAI,

    Plaintiff,

v.

JBS SWIFT GREELEY & CO.,

    Defendant.

---

## ORDER ASSIGNING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned as provided in D.C.COLO.LCivR 8.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(1), the case will be assigned to Magistrate Judge Michael J. Watanabe as the presiding judge. Accordingly, it is

    ORDERED that this case shall be assigned to Magistrate Judge Michael J. Watanabe as the presiding judge pursuant to D.C.COLO.LCivR 40.1(c)(1).

    DATED July 30, 2015, at Denver, Colorado.

                              BY THE COURT:

                              S/ Gordon P. Gallagher

                              United States Magistrate Judge