# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**   15-cv-01606-MJW                    FTR - Courtroom A-502

**Date:**   September 29, 2015                            Courtroom Deputy, Molly Davenport

*Parties*                                                 *Counsel*

SIMAO PEDRO CATCHAI,                                      *Pro Se*

    Plaintiff(s),

v.

JBS SWIFT GREELEY & CO,                                   Jonathon M. Watson

    Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   9:53 a.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

Plaintiff has no objection to staying discovery until there is a ruling on the defendant's [20] Motion to Dismiss for Failure to State a Claim, Motion to Dismiss for Lack of Jurisdiction.

ORDERED:    [22] Motion to Stay re [20] Motion to Dismiss is GRANTED.

Discovery is STAYED pending a ruling on the defendant's [20] Motion to Dismiss.

The plaintiff has until **October 19, 2015** to file a response to the [20] Motion to Dismiss for Failure to State a Claim, Motion to Dismiss for Lack of Jurisdiction by defendant JBS Swift Greeley & Co.

If needed, the Scheduling Conference will be reset by the Court.

Hearing concluded.

**Court in recess: 9:58 a.m.**
Total in-court time: 00:05

To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8470