IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  15-cv-01606-MJW

SIMAO PEDRO CATCHAI,

    Plaintiff,

v.

JBS SWIFT GREELEY & CO,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Michael J. Watanabe on December 8, 2016, and incorporated herein by reference as if fully set forth, it is

ORDERED that Docket No. 28, filed on March 22, 2016,  Motion for Summary Judgment is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, JBS Swift Greeley & Co and against Plaintiff, Simao Pedro Catchai on Plaintiff's failure to promote claim brought under Title VII

DATED at Denver, Colorado this __8th__ day of December, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ S. Libid
S. Libid, Deputy Clerk